No. 1644, Misc.   SHOCK *v.* TESTER ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 1664, Misc.   ALLEN *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 1680, Misc.   CHESTER *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Thomas B. Rutter* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 1685, Misc.   HORTON *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 1689, Misc.   HARRIS *v.* MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 1710, Misc.   BRADFORD *v.* GEORGIA.   Ct. App. Ga. Certiorari denied.   *Guy B. Scott, Jr.,* for petitioner.

No. 1702, Misc.   DENMAN ET AL. *v.* COUNTY OF BARNSTABLE ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 1704, Misc.   GILCHRIST *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *H. Elliot Wales* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.

No. 1708, Misc.   HUNT *v.* EYMAN, WARDEN.   C. A. 9th Cir.   Certiorari denied.